**IN THE
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

| | | |
|---|---|---|
| **RYAN POWNALL,** | : | **NO. 23-2049** |
| *Plaintiff/Appellant* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **LAWRENCE S. KRASNER, TRACY** | : | |
| **TRIPP AND THE CITY OF** | : | |
| **PHILADELPHIA,** | : | |
| *Defendants/Appellees* | : | |

**APPELLANT'S MOTION FOR LEAVE TO FILE
AN AMENDED BRIEF FOR APPELLANT**

Appellant Ryan Pownall hereby moves this Honorable Court for leave to file

an Amended Brief for Appellant, removing an erroneous footnote, and in support

thereof assigns the following reasons:

1.      On September 11, 2023, appellant's counsel timely filed the Brief for

Appellant.

2.      The Brief erroneously contained the misstatement in footnote 1 that the

adult passenger in Pownall's police vehicle happened to be a Philadelphia police

officer.

3.      Appellant accordingly requests leave to file an Amended Brief omitting

this footnote.

4.     David Smith, counsel for appellees Lawrence S. Krasner and Tracy Tripp, does not oppose this Motion.

WHEREFORE, it is respectfully requested that appellant be granted leave to file a Corrected Brief for Appellant.

Dated:  September 12, 2023

BY: /s/ *Louis F. Tumolo*
LOUIS F. TUMOLO
JAMES E. BEASLEY, JR., ESQ.
The Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA 19107
(215)592-1000
(215)592-8360 (telefax)
*Attorneys for Appellant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the date set forth below, I caused true and correct copies of the foregoing Appellant's Motion for Leave to File an Amended Brief for Appellant to be served upon counsel below via ECF and electronic mail:

David Smith, Esquire
Anne E. Kane, Esquire
Dilworth Paxson, LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
***Attorneys for Lawrence Krasner & Tracy Tripp***

Lauri A. Kavulich, Esquire
Jessica D. Reilly, Esquire
Clark Hill, PLC
Two Commerce Square
2001 Market Street, Suite 2620
Philadelphia, PA 19103

Lindsay Fouse, Esquire
301 Grant Street, 14th Floor
Pittsburgh, PA 15219
***Attorneys for the City of Philadelphia***

/s/ *Louis F. Tumolo*
Louis F. Tumolo, Esq.

Date: September 12, 2023